|  |  |  |  |
|---|---|---|---|
| To: | The Honorable Max O. Cogburn, Jr.<br>U.S. District Court Judge | **FILED**<br>**CHARLOTTE, NC** |  |
| From: | Valerie G. Debnam<br>U.S. Probation Officer | FEB 21 2017 | |
| Subject: | Sherrill Miller Panayoton<br>Case Number: 0419 3:11CR00057-001<br>OUT-OF-COUNTRY TRAVEL | US District Court<br>Western District of NC | **NORTH CAROLINA WESTERN**<br>**MEMORANDUM** |
| Date: | 2/17/2017 | | |

Ms. Panayoton appeared before Your Honor on February 19, 2013 on the offense of Conspiracy to Defraud the United States (Mortgage Fraud Making a False Statement in Relation to a Loan, Mail Fraud and bank Fraud) in violation of 18:371 and Conspiracy to Commit Money Laundering in violation of 18:1956(h) 1957. Ms. Panayoton was sentenced to forty-one (41) months imprisonment on each count, to run concurrently with two (2) years supervised release to follow on each count, to run concurrently. Her supervised release term began in the District of South Carolina on March 18, 2016.

Ms. Panayoton has submitted a request to travel to the Bahamas on a Carnival Cruise ship called the Ecstasy. The ship will port on the island of Nassau for the purpose of family vacation. Ms. Panayoton will leave on August 10, 2017 and return on August 14, 2017.

Ms. Panayoton has maintained a stable residence and employment since she has been under supervision. There have been no known incidents or noncompliance.

It is recommended that Ms. Panayoton be allowed to travel to the Bahamas on the Carnival Cruise ship, as long as she remains in compliance with the terms and conditions of supervision.

Thank you for your attention to this matter, and should Your Honor have any questions, please contact my office at (704) 350-6656.

---

THE COURT ORDERS:

☒ Permission to Travel Approved
☐ Permission to Travel Denied
☐ Other

Signed: February 17, 2017

Max O. Cogburn Jr
United States District Judge